**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK N.A., *et al.*,<br><br>　　　　　　Defendants. | Case No: 16-cv-08127 DDP(AJWx)<br><br>**ORDER** |

　　The Court having read and considered the United States' Unopposed Motion to Enter Consent Decree, and Memorandum in Support Thereof that was filed on December 23, 2016, and for good cause shown:

　　(1)　The United States' Unopposed Motion to Enter Consent Decree is hereby GRANTED.

　　(2)　The Consent Decree that was lodged with the Court on November 1, 2016 (Docket No. 3-1), is hereby ENTERED as a final judgment.

　　IT IS SO ORDERED.

DATED: January 23, 2017　　　____/s/ Dean D. Pregerson____
　　　　　　　　　　　　　　　　THE HONORABLE DEAN D. PREGERSON
　　　　　　　　　　　　　　　　United States District Judge